# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN KWON,<br>    Plaintiff,<br><br>         v.<br><br>ROWLAND HEIGHTS GOLF CENTER, LLC, et al.,<br>    Defendant. | CV 19-08275 DSF (JCx)<br><br>JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to serve process pursuant to Fed. R. Civ. P. 4(m),

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: January 23, 2020

                                              Dale S. Fischer
                                              United States District Judge